Appeal from an order of the Supreme Court, Nassau County (Timothy S. Driscoll, J.), entered July 21, 2015. The order denied the plaintiff’s motion to discharge two mechanic’s liens, and granted the cross motion of the defendant third-party plaintiff and defendants which was for leave to amend the notice of mechanic’s liens nunc pro tunc.
 

 Ordered that the appeal is dismissed, with costs.
 

 The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of a final judgment in the action (see Matter of Aho, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the order entered July 21, 2015 are brought up for review and have been considered on the appeal from the judgment entered November 3, 2016 (see CPLR 5501 [a] [1]; Park Side Constr. Contrs., Inc. v Bryan’s Quality Plus, LLC, 156 AD3d 804 [2017] [decided herewith]).
 

 Leventhal, J.P., Chambers, Maltese and Duffy, JJ., concur.